UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEANIE I. KWON,<br><br>    Plaintiff,<br><br>        v.<br><br>JAMES H. BILLINGTON, Librarian of Congress,<br><br>    Defendant. | Civil Action No. 03-0940 (JDB) |

## ORDER

Upon consideration of [13] defendant's motion for summary judgment, and the entire record in this case, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is this 31st day of March, 2005, hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is further

**ORDERED** that judgment is entered in favor of defendant.

                                                    /s/ John D. Bates
                                                     JOHN D. BATES
                                            United States District Judge

Dated:   March 31, 2005

Copies to:

**Richard L. Swick**
SWICK & SHAPIRO, P.C.
1225 Eye Street, NW
Suite 1290
Washington, DC 20005
Phone:  (202) 842-0300
Fax :  (202) 842-1418
Email:  rlswick@swickandshapiro.com

**Darrell C. Valdez**
UNITED STATES ATTORNEYS OFFICE
CIVIL DIVISION
555 4th Street, NW
Washington, DC 20001
(202) 514-7058
Email: darrell.valdez@usdoj.gov